UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YEDIDEL ARYEH,<br>(CANADA)<br><br>    Petitioner,<br><br>v.<br><br>BASSHEVA L. ARYEH,<br><br>    Respondent. | Civil Action No.: 2:10-cv-00861 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Petitioner Yedidel Aryeh hereby voluntarily dismisses the above-captioned action without prejudice.

/s/ Nicholas T. Solosky
Nicholas T. Solosky
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103
(215) 656-3300

Attorneys for Petitioner Yedidel Aryeh

Dated: March 11, 2010.

So Ordered
[signature] USDJ
March 11, 2010